IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BEEBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:23-cv-01059 |
| | ) | JURY TRIAL DEMANDED |
| AMERICAN ACCESS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION

Plaintiff Robert Beebe brought this Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 et seq., action against his former employer, Defendant American Access, Inc. ECF No. 1. In Section VI of his Complaint, Plaintiffs seeks a "preliminary, and thereafter permanent injunction enjoining Defendants from engaging in the practices in violation of ERISA and laws of the State of Tennessee as complained herein". ECF No. 1, p. 7, Sec. VI, ¶ a., PageID 7. The presiding district judge referred this request for injunctive relief to the undersigned for a report and recommendation. ECF No. 7.

On June 14, 2023, the undersigned held a telephonic scheduling conference. ECF No. 13. During that conference, Plaintiff's counsel advised that he was no longer seeking preliminary injunctive relief. Accordingly, in light of counsel's statement, the undersigned RECOMMENDS that the Court STRIKE Plaintiff's request for preliminary injunctive relief from the Complaint.

Respectfully submitted this 11th day of July, 2023.

s/Jon A. York
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATION. 28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**