IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

|  |  |
|---|---|
| ROBERT BEEBE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN ACCESS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:23-cv-01059-JDB-jay<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER ADOPTING REPORT AND RECOMMENDATION

    In his complaint filed April 13, 2023, Plaintiff, Robert Beebe, seeks the entry of a preliminary injunction enjoining Defendant, American Access, Inc., from engaging in practices in violation the Employment Retirement Income Security Act and the laws of the State of Tennessee. (Docket Entry "D.E." 1.)  Plaintiff's request for a preliminary injunction was referred to the Magistrate Judge for report and recommendation. (D.E. 7.)  On July 11, 2023, Magistrate Judge York issued a report and recommendation indicating that during a scheduling conference Plaintiff's counsel advised that he was no longer seeking preliminary injunctive relief. (D.E. 17.)  As such, Judge York recommended striking Plaintiff's request for preliminary injunctive relief from the complaint. (*Id.*)

    As no objections to the magistrate judge's report and recommendation have been filed, the time for such objections has expired, and Plaintiff no longer seeks a preliminary injunction, the report and recommendation is hereby ADOPTED.

IT IS SO ORDERED this 26th day of July 2023.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE
